IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              CHAPTER 13

CURTIS D. HURST, JR.

        DEBTOR(S)                          BANKRUPTCY NO. 17-14881-JKF

## ORDER

AND NOW, upon consideration of the Debtor(s)' Motion to Extend Automatic Stay, it is hereby

ORDERED that the Automatic Stay under 11 U.S.C. Section 362 is to remain in full force and effect as to all creditors until a hearing is held on **August 24, 2017 at 10:30 a.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA 19107 to consider further extension of the stay.

                          BY THE COURT:

DATED: JULY 25, 2017

                          JEAN K. FITZSIMON
                          UNITED STATES BANKRUPTCY JUDGE